UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>P.D. BRAZELTON, Warden,<br><br>        Respondent. | CASE NO. CV 13-1254-JLS (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    January 3, 2014   .


                                  JOSEPHINE L. STATON
                                  ─────────────────────────
                                  JOSEPHINE L. STATON
                                  UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd